**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Threadgill, et al., | No. CV-23-01089-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Saddlebrook Investments LLC, et al., | |
| Defendants. | |

Pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure, this Court referred to Magistrate Judge Alison S. Bachus for a report and recommendation ("R&R") (1) Plaintiffs' Motion for Entry of Default Judgment against Defendants Ryan Morgan and All Done Consulting, LLC (Doc. 21) and (2) Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Defendants All Done Consulting, LLC and Ryan Morgan (Doc. 25) (Docs. 22, 27). On August 15, 2024, Judge Bachus issued a 36-page R&R (Doc. 31) recommending that:

1. Plaintiffs' Motion for Entry of Default Judgment against Defendants Ryan Morgan and All Done Consulting, LLC (Doc. 21) be granted as to the state law claims (Counts 1–4, 7–8) of Plaintiffs Threadgill and Christy and that the federal claims (Counts 5–6) in the Complaint be dismissed;

2. Plaintiffs Threadgill and Christy each be awarded damages in the amount of $70,000.00 (representing each Plaintiff's $35,000.00 investment amount) plus pre-judgment interest in the amount of $9.58 per day, starting on March 28, 2023, plus

      post-judgment interest; and

3. Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Defendants All Done Consulting, LLC and Ryan Morgan (Doc. 25) be denied without prejudice.

The parties were advised that they had 14 days to file specific written objections with the Court. (Doc. 31 at 35) (citing *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). No objections have been filed and the time to do so has passed.

The Court has nonetheless reviewed Judge Bachus's comprehensive and well-reasoned R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R as the Order of this Court. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 31) is **accepted and adopted as the Order of this Court**. Plaintiffs' Motion for Entry of Default Judgment against Defendants Ryan Morgan and All Done Consulting, LLC (Doc. 21) is **granted**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter Judgment in favor of Plaintiffs Threadgill and Christy as to the state law claims (Counts 1–4, 7–8). Plaintiffs Threadgill and Christy shall each be awarded damages in the amount of $70,000.00 (representing each Plaintiff's $35,000.00 investment amount) plus pre-judgment interest in the amount of $9.58 per day, starting on March 28, 2023, plus post-judgment interest. The federal claims (Counts 5–6) in the Complaint shall be **dismissed**.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Defendants All Done Consulting, LLC and Ryan Morgan (Doc. 25) is **denied** without prejudice.

Dated this 16th day of September, 2024.

                            Honorable Diane J. Humetewa
                            United States District Judge