**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cameron Threadgill, et al., | **NO. CV-23-01089-PHX-DJH** |
| Plaintiffs, | |
| v. | **DEFAULT JUDGMENT** |
| Saddlebrook Investments LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Ryan Morgan and All Done Consulting LLC in favor of Plaintiffs Threadgill and Christy as to the state law claims (Counts 1–4, 7–8). Plaintiffs Threadgill and Christy shall each be awarded damages in the amount of $70,000.00 (representing each Plaintiff's $35,000.00 investment amount) plus pre-judgment interest in the amount of $9.58 per day, starting on March 28, 2023, plus post-judgment interest.

Debra D. Lucas
District Court Executive/Clerk of Court

September 17, 2024

s/ D. Draper
By   Deputy Clerk